PER CURIAM.
AFFIRMED. See Great Western Fin. Sec. Corp. v. Grandison, 701 So.2d 1202 (Fla. 5th DCA 1997); Passerrello v. Robert L. Lipton, Inc., 690 So.2d 610 (Fla. 4th DCA 1997); *948 Ronbeck Constr. Co., Inc. v. Savanna Club Carp., 592 So.2d 344, 347 (Fla. 4th DCA 1992); Beaver Coaches, Inc. v. Revels Nationwide R.V. Sales, Inc., 543 So.2d 359, 362 (Fla. 1st DCA 1989).
KAHN, MICKLE and DAVIS, JJ., concur.